# STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|
| 1GNSCBE08DR208110 | | 2013 | CHEV | TAHOE | UT |
| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
| 761000758063 | MSO | | 04/03/2014 | 21 | 5448 |

**MAILING ADDRESS**

**REMARKS**

OD ACTUAL

ALLY FINANCIAL
PO BOX 8101
COCKEYSVILLE, MD 21030

**OWNER**

GREEN, DAVID OR KAYLA
65 LEGENDS DR
LITTLE ROCK, AR 72210-9105

OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

**FIRST LIENHOLDER**

ALLY FINANCIAL
PO BOX 8101
COCKEYSVILLE, MD 21030

DATE OF LIEN 12/31/2013

**FIRST RELEASE**

INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED

Name

Title          Date

The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon

In Witness Whereof, I have affixed my hand and seal



COMMISSIONER OF REVENUE

SRO6006
06953761

**VOID IF ALTERED**