## EXHIBIT "A"

David Green
225 Epernay Loop
Little Rock AR 72223

Kayla Green
65 Legends Dr
Little Rock AR 72210

Acceptance Now
Customer Service
501 Headquarters Dr.
Plano, TX 75024

Advanced Collection Bureau
PO Box 560063
Rockledge, FL 32956

Ally Financial
PO Box 380901
Bloomington, MN 55438

American InfoSource LP
PO Box 248838
Oklahoma City, OK 73124-8838

Arkansas Children's Hospital
PO Box 8088
Slot 672
Little Rock, AR 72203-8088

Arkansas Family Care Network
PO Box 16474
Little Rock, AR 72231-6474

Arvest Bank
Arvest Mortgage Company
Po Box 399
Lowell, AR 72745

Atlas Acquisitions, LLC
294 Union St.
Hackensack, NJ 07601

Bank of America
PO Box 15220
Wilmington, DE 19886

Baptist Health
PO Box 25748
Little Rock, AR 72221-5748

Brand Source/Citibank
PO Box 6497
Sioux Falls, SD 57117

Bridge Hollow Apartment Homes
5801 Bridge St.
Fort Worth, TX 76112

Capital One
Attn. Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
7933 Preston Rd
Plano, TX 75024

Cenlar
Attn: Bankruptcy
425 Phillips Blvd
Ewing, NJ 08618

Citibank/Best Buy
PO Box 790040
Saint Louis, MO 63179

Collection Services
1501 N. University Ave
Little Rock, AR 72217

Comenity Bank/Pier 1
PO Box 182125
Columbus, OH 43218

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Fed Loan Servicing
PO Box 69184
Harrisburg, PA 17106

Fieldstone Townhomes of Bryant
1916 Brandon Rd.
Bryant, AR 72022

First Collection Services
10925 Otter Creek E. Blvd
Mabelvale, AR 72103

Foot & Ankle Associates
4200 N. Rodney Parham Rd.
Little Rock, AR 72205

HSBC Bank
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197

Internal Medicine Assoc of NLR
505 W. Pershing Blvd  Ste C
North Little Rock, AR 72114

Kim Green
5723 Ridgefield Lane
Little Rock, AR 72223

Kohls/Capital One
PO Box 3120
Milwaukee, WI 53201

Medical Emergency Trauma Assoc
12911 Cantrell Rd.  Ste 7-135
Little Rock, AR 72223

Mid-South Adjustment Co, Inc.
316 W. 6th Ave  Ste A
Pine Bluff, AR 71601

MSCB, Inc.
PO Box 1567
Paris, TN 38242

OCSE
PO Box 8057
Little Rock, AR 72203

OrthoArkansas, PA
PO Box 55270
Little Rock, AR 72215

Palisades Collections, LLC
210 Sylvan Ave  Ste 2
Englewood, NJ 07632

Portfolio Recovery Associates
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Radiology Associates, PA
PO Box 8801
Little Rock, AR 72231

Radiology Consultants of LR
PO Box 55510
Little Rock, AR 72215-5510

Recovery Mgmt Systems Corp
25 SE 2nd Ave  Ste 1120
Miami, FL 33131-1605

Saline Memorial Hospital
1 Medical Park Dr.
Benton, AR 72015

Sprint
6200 Sprint Parkway
Overland Park, KS 66251

Synchrony Bank/Care Credit
Attn: bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/Home Design
PO Box 965036
Orlando, FL 32896

Synchrony Bank/JC Penney
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/Sams Club
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/Walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Target
Mailstop BT
PO Box 9475
Minneapolis, MN 55440

Transworld Systems, Inc.
PO Box 15630
Wilmington, DE 19850

Tt Marketing, Inc.
PO Box 3790
Lubbock, TX 79452

US Bank
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201

US Dept. of Ed/Great Lakes
2401 International
Madison, WI 53704

Vativ Recovery Solutions, LLC
PO Box 40728
Houston, TX 77240

Verizon Wireless
500 Technology Dr.  Ste 550
Weldon Spring, MO 63304

West Asset Management
2703 N. Highway 75
Sherman, TX 75090