**EXHIBIT "A"**

| | | |
|---|---|---|
| David Green<br>225 Epernay Loop<br>Little Rock AR 72223 | Kayla Green<br>65 Legends Dr<br>Little Rock AR 72210 | Acceptance Now<br>Customer Service<br>501 Headquarters Dr.<br>Plano, TX 75024 |
| Advanced Collection Bureau<br>PO Box 560063<br>Rockledge, FL 32956 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438 | American InfoSource LP<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Arkansas Children's Hospital<br>PO Box 8088<br>Slot 672<br>Little Rock, AR 72203-8088 | Arkansas Family Care Network<br>PO Box 16474<br>Little Rock, AR 72231-6474 | Arvest Bank<br>Arvest Mortgage Company<br>Po Box 399<br>Lowell, AR 72745 |
| Atlas Acquisitions, LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Bank of America<br>PO Box 15220<br>Wilmington, DE 19886 | Baptist Health<br>PO Box 25748<br>Little Rock, AR 72221-5748 |
| Brand Source/Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117 | Bridge Hollow Apartment Homes<br>5801 Bridge St.<br>Fort Worth, TX 76112 | Capital One<br>Attn. Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 |
| Capital One Auto Finance<br>7933 Preston Rd<br>Plano, TX 75024 | Cenlar<br>Attn: Bankruptcy<br>425 Phillips Blvd<br>Ewing, NJ 08618 | Citibank/Best Buy<br>PO Box 790040<br>Saint Louis, MO 63179 |
| Collection Services<br>1501 N. University Ave<br>Little Rock, AR 72217 | Comenity Bank/Pier 1<br>PO Box 182125<br>Columbus, OH 43218 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054 |
| Fed Loan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106 | Fieldstone Townhomes of Bryant<br>1916 Brandon Rd.<br>Bryant, AR 72022 | First Collection Services<br>10925 Otter Creek E. Blvd<br>Mabelvale, AR 72103 |
| Foot & Ankle Associates<br>4200 N. Rodney Parham Rd.<br>Little Rock, AR 72205 | HSBC Bank<br>Attn: Bankruptcy<br>PO Box 5213<br>Carol Stream, IL 60197 | Internal Medicine Assoc of NLR<br>505 W. Pershing Blvd  Ste C<br>North Little Rock, AR 72114 |
| Kim Green<br>5723 Ridgefield Lane<br>Little Rock, AR 72223 | Kohls/Capital One<br>PO Box 3120<br>Milwaukee, WI 53201 | Medical Emergency Trauma Assoc<br>12911 Cantrell Rd.  Ste 7-135<br>Little Rock, AR 72223 |

Mid-South Adjustment Co, Inc.
316 W. 6th Ave  Ste A
Pine Bluff, AR 71601

MSCB, Inc.
PO Box 1567
Paris, TN 38242

OCSE
PO Box 8057
Little Rock, AR 72203

OrthoArkansas, PA
PO Box 55270
Little Rock, AR 72215

Palisades Collections, LLC
210 Sylvan Ave  Ste 2
Englewood, NJ 07632

Portfolio Recovery Associates
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Radiology Associates, PA
PO Box 8801
Little Rock, AR 72231

Radiology Consultants of LR
PO Box 55510
Little Rock, AR 72215-5510

Recovery Mgmt Systems Corp
25 SE 2nd Ave  Ste 1120
Miami, FL 33131-1605

Saline Memorial Hospital
1 Medical Park Dr.
Benton, AR 72015

Sprint
6200 Sprint Parkway
Overland Park, KS 66251

Synchrony Bank/Care Credit
Attn: bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/Home Design
PO Box 965036
Orlando, FL 32896

Synchrony Bank/JC Penney
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/Sams Club
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/Walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Target
Mailstop BT
PO Box 9475
Minneapolis, MN 55440

Transworld Systems, Inc.
PO Box 15630
Wilmington, DE 19850

Tt Marketing, Inc.
PO Box 3790
Lubbock, TX 79452

US Bank
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201

US Dept. of Ed/Great Lakes
2401 International
Madison, WI 53704

Vativ Recovery Solutions, LLC
PO Box 40728
Houston, TX 77240

Verizon Wireless
500 Technology Dr.  Ste 550
Weldon Spring, MO 63304

West Asset Management
2703 N. Highway 75
Sherman, TX 75090